**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2008

JAMES W. McCORMACK, CLERK
By:_____
                    DEP/CLERK

AO 245H  (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |
| JEANIE LANKFORD | Case No.  4:08cr176-BD |
| | USM No. |
| | Defendant - Pro SE |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    I of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 261.6(a) | Unlawfully cutting firewood | 09/29/2007 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 5.00 | $ 325.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:  1968

City and State of Defendant's Residence:
Cabot, AR

05/20/2008
Date of Imposition of Judgment

/s/ Beth Deere
Signature of Judge

Beth Deere, Magistrate Judge
Name and Title of Judge

05/20/2008
Date